# United States Bankruptcy Court

## of the

### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   JOYCE E. JONES                                    Case Number: 04-73417
         4744 WOLVERTON LANE, UNIT F        SSN-xxx-xx-8723
         ROCKFORD, IL  61109

|  |  |
|---|---|
| Case filed on: | 7/6/2004 |
| Plan Confirmed on: | 10/15/2004 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $37,291.76          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | WELLS FARGO BANK N.A. | 0.00 | 0.00 | 24,264.24 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 24,264.24 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
|  | Total Legal | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
| 014 | FIRST REVENUE ASSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 215 | DIRECT LOAN SERVICING CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 270.89 | 270.89 | 270.89 | 29.40 |
|  | Total Priority | 270.89 | 270.89 | 270.89 | 29.40 |
| 999 | JOYCE E. JONES | 0.00 | 0.00 | 797.55 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 797.55 | 0.00 |
| 002 | WELLS FARGO BANK N.A. | 2,705.39 | 2,705.39 | 2,705.39 | 0.00 |
|  | Total Secured | 2,705.39 | 2,705.39 | 2,705.39 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 71.61 | 7.16 | 7.16 | 0.00 |
| 004 | ADVANCE AMERICA | 817.00 | 81.70 | 81.70 | 0.00 |
| 005 | AMERICASH LOANS LLC | 520.50 | 52.05 | 52.05 | 0.00 |
| 006 | SMC | 821.55 | 82.16 | 82.16 | 0.00 |
| 007 | CAPITAL ONE | 622.25 | 62.23 | 62.23 | 0.00 |
| 008 | CASH ASAP | 288.57 | 28.86 | 28.86 | 0.00 |
| 009 | HERITAGE CREDIT UNION | 1,487.73 | 148.77 | 148.77 | 0.00 |
| 010 | NELNET | 6,489.18 | 648.92 | 648.92 | 0.00 |
| 011 | B-FIRST LLC | 1,820.97 | 182.10 | 182.10 | 0.00 |
| 012 | COTTONWOOD FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | T-MOBILE | 258.88 | 25.89 | 25.89 | 0.00 |
| 015 | US DEPARTMENT OF EDUCATION | 8,614.61 | 861.46 | 861.46 | 0.00 |
| 016 | NELNET | 4,274.15 | 427.42 | 427.42 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 352.51 | 35.25 | 35.25 | 0.00 |
| 018 | ST ANTHONY MEDICAL CENTER | 421.40 | 42.14 | 42.14 | 0.00 |
| 019 | MEDCHOICE MEDICAL CENTER | 31,415.00 | 3,141.50 | 3,141.50 | 0.00 |
|  | Total Unsecured | 58,275.91 | 5,827.61 | 5,827.61 | 0.00 |
|  | Grand Total: | 63,852.19 | 11,403.89 | 36,465.68 | 29.40 |

| | |
|---|---|
| Total Paid Claimant: | $36,495.08 |
| Trustee Allowance: | $796.68 |
| Percent Paid Unsecured: | 100.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_____/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  05/14/2008          By  _/s/Heather M. Fagan_____